In the Matter of WILLIAM B. MURRAY, Respondent, against PAUL BLANSHARD, as Commissioner of Accounts of the City of New York, et al., Appellants.

(Argued October 4, 1934; decided October 23, 1934.)

*Paul Windels*, Corporation Counsel (*Paxton Blair* of counsel), for appellants.

*Roy P. Monahan* and *S. Bertram Friedman* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.